AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-46072

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions runder Rule12. Defendants will not answer or move under Rule12 unless so ordered by the Court.  The failure to file an answer or motion under Rule12 will not be grounds for a default judgement.

Date:  ___12/20/19___

_____
*Signature of the attorney or unrepresented party*

Amerisourcebergen Drug Corporation
*Printed name of party waiving service of summons*

Shannon E. McClure
*Printed Name*

Reed Smith LLP
Three Logan Square, Suite 1300
Philadelphia, PA  19103
*Address*

smcclure@reedsmith.com
*E-mail Address*

(215) 851-8100
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) Civil Action No. 1:19-op-46092 |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
   _(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions runder Rule12. Defendants will not answer or move under Rule12 unless so ordered by the Court.  The failure to file an answer or motion under Rule12 will not be grounds for a default judgement.

Date: _____12/4/2019_____

_____
_Signature of the attorney or unrepresented party_

Cardinal Health, Inc.
_Printed name of party waiving service of summons_

Emily Pistilli
_Printed Name_

Williams & Conolly LLP
725 Twelfth Street, NW
Washington, DC  20005
_Address_

epistilli@wc.com
_E-mail Address_

(202) 434-5652
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To:           James C. Peterson
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions runder Rule12. Defendants will not answer or move under Rule12 unless so ordered by the Court.  The failure to file an answer or motion under Rule12 will not be grounds for a default judgement.

Date:  JAN 1 4 2020

*Signature of the attorney or unrepresented party*

McKesson Corporation
*Printed name of party waiving service of summons*

Nathan Shafroth
*Printed Name*

Covington & Burling LLP
One Front Street, Suite 3500
San Francisco, CA  94111
*Address*

nshafroth@cov.com
*E-mail Address*

(415) 591-7053
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| Town of Clinton, MA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  ___12/4/2019___

_____
*Signature of the attorney or unrepresented party*

Evan K. Jacobs
_____
*Printed Name*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
_____
*Address*

evan.jacobs@morganlewis.com
_____
*E-mail Address*

215-963-5329
_____
*Telephone number*

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.
_____
*Printed name of party waiving service of summons*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  __ 12/4/2019 __

_____
*Signature of the attorney or unrepresented party*

_____ Cephalon, Inc. _____
*Printed name of party waiving service of summons*

Evan K. Jacobs
*Printed Name*

Morgan, Lewis, & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
*Address*

evan.jacobs@morganlewis.com
*E-mail Address*

(215) 963-5329
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  ___12/4/2019___

_Signature of the attorney or unrepresented party_

Evan K. Jacobs
_Printed Name_

Teva Pharmaceuticals USA, Inc.
_Printed name of party waiving service of summons_

Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  29103
_Address_

evan.jacobs@morganlewis.com
_E-mail Address_

(215) 963-5329
_Telephone number_

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| Plaintiff | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| Defendant | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  ____ 12/4/2019 ____

_____
*Signature of the attorney or unrepresented party*

Watson Laboratories, Inc.
_____
*Printed name of party waiving service of summons*

Evan K. Jacobs
_____
*Printed Name*

Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
_____
*Address*

evan.jacobs@morganlewis.com
_____
*E-mail Address*

(215) 963-5329
_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an anwer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  ___12/4/2019___

_____
*Signature of the attorney or unrepresented party*

_____ Actavis LLC _____
*Printed name of party waiving service of summons*

Evan Jacobs
*Printed Name*

Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
*Address*

evan.jacobs@morganlewis.com
*E-mail Address*

215-963-5329
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) Civil Action No. 1:19-op-46092 ⁿ � |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 1/2/20

_____
Signature of the attorney or unrepresented party

| | |
|---|---|
| Johnson & Johnson | Stella D. Kim |
| *Printed name of party waiving service of summons* | *Printed Name* |
| | O'Melveny & Myers LLP |
| | 400 South Hope Street |
| | Los Angeles, CA 90071 |
| | *Address* |
| | skim@omm.com;~~ekemp@omm.com.~~ |
| | *E-mail Address* |
| | (213) 430-6000 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | )
| _Plaintiff_ | )
| v. | )
| Amerisourcebergen Drug Corp., et al. | )
| _Defendant_ | ) |

Civil Action No.  1:19-op-46072

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 1/2/20

_Stella D. Kim /AB_
*Signature of the attorney or unrepresented party*

Janssen Pharmaceutica, Inc. n/k/a Janssen
_____
*Printed name of party waiving service of summons*

Pharmaceuticals, Inc.

Stella D. Kim
*Printed Name*

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
*Address*

skim@omm.com;~~skomp@omm.com~~
*E-mail Address*

(213) 430-6000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No. 1:19-op-46092 72

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 1/2/20

Signature of the attorney or unrepresented party

Janssen Pharmaceuticals, Inc.

*Printed name of party waiving service of summons*

Stella D. Kim

*Printed Name*

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

*Address*

skim@omm.com;skemp@omm.com

*E-mail Address*

(213) 430-6000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

|  |  |  |
|---|---|---|
| Town of Clinton, MA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-op-46092 ͳ ৲ |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: 1/2/20

Ortho-McNeil-Janssen Pharmaceuticals, Inc.

*Printed name of party waiving service of summons*

n/k/a Janssen Pharmaceuticals, Inc.

*Stella D. Kim/AB*

*Signature of the attorney or unrepresented party*

Stella D. Kim

*Printed Name*

O'Melveny & Meyers, LLP
400 South Hope Street
Los Angeles, CA 90071

*Address*

skim@omm.com;ekemp@omm.com

*E-mail Address*

(213) 430-6000

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No. 1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To:     James C. Peterson
      _(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an anser or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:    12/17/2019

           Noramco, Inc.
     _Printed name of party waiving service of summons_

_Signature of the attorney or unrepresented party_

Daniel G. Jarcho
_Printed Name_

Alston & Byrd, LLP
950 F Street NW
Washington, DC 20004
_Address_

daniel.jarcho@alston.com
_E-mail Address_

(202) 239-3254
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No. 1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To:       James C. Peterson
           _(Name of the plaintiff's attorney or unrepresented plaintiff)_

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:     1/3/2020

     /s/ Sean Morris
     _Signature of the attorney or unrepresented party_

     Endo Health Solutions Inc.Á
     _Printed name of party waiving service of summons_

     Sean O. Morris
     _Printed Name_

     Arnold & Porter Kaye Scholer LLP
     777 South Figueroa Street, Ste. 4400
     Los Angeles, CA 90017
     _Address_

     sean.morris@apks.comÁ
     _E-mail Address_

     (213) 243-4000
     _Telephone number_

## Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) Civil Action No. 1:19-op-46092 |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
        _(Name of the plaintiff's attorney or unrepresented plaintiff)_

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an awser or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: _____1/3/2020_____

| | |
|---|---|
| | _/s/ Sean Morris_ |
| | _Signature of the attorney or unrepresented party_ |
| _____Endo Pharmaceuticals Inc._____ | Sean O. Morris |
| _Printed name of party waiving service of summons_ | _Printed Name_ |
| | Arnold & Porter Kaye Scholer LLP |
| | 777 South Figueroa Street, Ste. 4400 |
| | Los Angeles, CA  90017 |
| | _Address_ |
| | sean.morris@apks.com |
| | _E-mail Address_ |
| | (213) 243-4000 |
| | _Telephone number_ |

## Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No. 1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: _____ 1/3/2020 _____

Par Pharmaceutical Companies, Inc.

_Printed name of party waiving service of summons_

/s/ Sean Morris

_Signature of the attorney or unrepresented party_

Sean Morris

_Printed Name_

Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017

_Address_

sean.morris@arnoldporter.comÁ

_E-mail Address_

213-243-4000

_Telephone number_

---

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  _____1/3/2020_____

_____Par Pharmaceutical, Inc._____
*Printed name of party waiving service of summons*

/s/ Sean Morris
*Signature of the attorney or unrepresented party*

Sean Morris
*Printed Name*

Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
*Address*

sean.morris@arnoldporter.com
*E-mail Address*

213-243-4000
*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Clinton, MA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:19-op-46072 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an anwer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  12/27/2019

Allergan Finance, LLC f/k/a Actavis Inc. f/k/a Watson Pharmaceuticals, Inc.

*Printed name of party waiving service of summons*

/s/ Timothy W. Knapp

*Signature of the attorney or unrepresented party*

Timothy W. Knapp

*Printed Name*

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*Address*

timothy.knapp@kirkland.com;
michael.lefevour@kirkland.com

*E-mail Address*

312-862-2000

*Telephone number*

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the
Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| *Defendant* | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To:  _____James C. Peterson_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an aswer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  __01/03/2020__

_____
*Signature of the attorney or unrepresented party*

_____Mallinckrodt LLC_____
*Printed name of party waiving service of summons*

Andrew O'Connor
*Printed name*

Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
*Address*

Andrew.O'Connor@ropesgray.com
*E-mail address*

(617) 951-7000
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Amerisourcebergen Drug Corp., et al. | ) |
| _Defendant_ | ) |

Civil Action No.  1:19-op-46092

## WAIVER OF THE SERVICE OF SUMMONS

To: _____James C. Peterson_____
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date: ___01/03/2020___

_____
Signature of the attorney or unrepresented party

SpecGX LLC
_Printed name of party waiving service of summons_

Andrew O'Connor
_Printed name_

Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
_Address_

Andrew.O'Connor@ropesgray.com
_E-mail address_

(617) 951-7000
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons [MODIFIED]

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton, MA | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:19-op-45920 |
| Amerisourcebergen Drug Corp., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:    JAMES C. PETERSON
      _____
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

      I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   11/25/2019
     _____

        CVS HEALTH CORPORATION
        _____
        *Printed name of party waiving service of summons*

           _____
           *Signature of the attorney or unrepresented party*

           Jason Acton
           *Printed name*
           Zuckerman Spaeder LLP
           1800 M Street N.W., Suite 1000
           Washington, DC  20036
           *Address*

           jacton@zuckerman.com
           *E-mail address*

           (202) 778-1860
           *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

      Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

      If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

      If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Clinton, MA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-op-46092 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____ James C. Peterson _____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/04/19, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgement will be entered against me or the entity I represent.

Date:  December 6, 2019

H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.
*Printed name of party waiving service of summons*

*/s/ Kathleen L. Matsoukas*
*Signature of the attorney or unrepresented party*

Kathleen L. Matsoukas
*Printed Name*

Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, IN  46204
*Address*

kathleen.matsoukas@btlaw.com
*E-mail Address*

317-236-1313
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| In re: National Prescription Opioid Litigation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  17-md-2804-DAP |
| | ) |
| | ) This document applies to: Town of Clinton, MA v. Amerisourcebergen |
| *Defendant* | ) Drug Corp., et al, No. 1:19-op-46092 |

## WAIVER OF THE SERVICE OF SUMMONS

To:    James C. Peterson

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    1/1/2020

_____
*Signature of the attorney or unrepresented party*

P.J.C. Distribution, Inc. (d/b/a Rite Aid Dayville Distribution Center)

*Printed name of party waiving service of summons*

Elisa P. McEnroe
*Printed name*

Morgan, Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA 19103
*Address*

elisa.mcenroe@morganlewis.com
*E-mail address*

(215) 963-5917
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

MODIFIED

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Clinton, MA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-op-46072 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   JAMES C. PETERSON

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court.  The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:   1/6/2020

Walmart Inc. and Wal-Mart Stores East, LP

*Printed name of party waiving service of summons*

/s/ Tara A. Fumerton

*Signature of the attorney or unrepresented party*

Tara A. Fumerton

*Printed name*

Jones Day
77 W. Wacker Dr.
Chicago, IL 60601

*Address*

tfumerton@jonesday.com

*E-mail address*

(312) 782-3939

*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

MODIFIED

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Town of Clinton, MA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:19-op-46072 |
| Amerisourcebergen Drug Corp., et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:    JAMES C. PETERSON

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:    12/3/2019

Walmart Inc. and Wal-Mart Stores East, LP

*Printed name of party waiving service of summons*

/s/ Tara A. Fumerton

*Signature of the attorney or unrepresented party*

Tara A. Fumerton

*Printed name*

Jones Day
77 W. Wacker Dr.
Chicago, IL 60601

*Address*

tfumerton@jonesday.com

*E-mail address*

(312) 782-3939

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons - MODIFIED

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Town of Clinton | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amerisourcebergen Drug Corporation et al | ) |
| *Defendant* | ) |

Civil Action No.    1:19-op-46072

## WAIVER OF THE SERVICE OF SUMMONS

To:   James C. Peterson
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

The Court's moratorium on all filings includes a moratorium on the filing of answers or motions under Rule 12. Defendants will not answer or move under Rule 12 unless so ordered by the Court. The failure to file an answer or motion under Rule 12 will not be grounds for a default judgment.

Date:  March 3, 2020

Walgreens Boots Alliance, Inc.

_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Kaspar J. Stoffelmayr
*Printed name*

Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
*Address*

kaspar.stoffelmayr@bartlit-beck.com
*E-mail address*

(312) 494-4400
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.